Argued January 19, reversed and remanded with instructions
April 3, 1978

STATE OF OREGON, *Respondent,*
*v.*
BENJAMIN McKEEN, *Appellant.*
(No. 76-670M, No. 76-673M, CA 9227)

576 P2d 808

Enver Bozgoz, Klamath Falls, argued the cause and filed the brief for appellant.

Donald L. Paillette, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

**PER CURIAM.**

Reversed and remanded. *See, State v. McKeen,* 33 Or App 343, 576 P2d 804 (1978).

Reversed and remanded with instructions.